Maki